<u>JOHN M. BURKE</u>

   Attorney at Law                                       26 Court Street - Suite 2805
                                                                            Brooklyn, New York  11242
                                                                            Tel: (718) 875-3707    FILED

FILED UNDER SEAL                              Fax: (718) 875-0053

January 3, 2023

UNITED STATES PROBATION
EASTERN DISTRICT OF NEW YORK
Attention: Officer Jennifer Baumann

                                        Re: *U.S. v. John Doe*

Dear Probation Officer:            16 cr. 185

      The defense has no objection to the P.S.R. in this case.

                                                         Sincerely yours,

                                                              */S/*

                                                         John Burke
                                                     Attorney for John Doe

cc: Honorable Dora L. Irizzary
     United States District Court
     Eastern District of New York